ORIGINAL

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JONATHAN D. SLACK
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: jonathan.slack@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2025

at ___ o'clock and 15 min. P M
Lucy H. Carrillo, Clerk

**SEALED**
**BY ORDER OF THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BILL PETERSON, <br> aka "Billy," <br><br> Defendant. | CR. NO. CR25-00033 HG <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and 18 U.S.C. § 2] |

INDICTMENT

The Grand Jury charges:

## Count 1
### Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From a precise date unknown but by at least as early as July 14, 2023, and continuing to on or about July 20, 2023, within the District of Hawaii and elsewhere, BILL PETERSON, aka BILLY, the defendant, did knowingly and intentionally combine, conspire, confederate, and agree with at least one other person to distribute and possess with intent to distribute a controlled substance, namely 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## Count 2
### Attempted Distribution of a Controlled Substance
### (21 U.S.C. § 846)

In or about July 2023, within the District of Hawaii and elsewhere, BILL PETERSON, aka BILLY, the defendant, did knowingly and intentionally attempt to distribute a controlled substance, namely 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

DATED: April 24, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JONATHAN D. SLACK
Assistant U.S. Attorney

United States v. Bill Peterson
Indictment
Cr. No. CR 25-00033 HG

3